USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/28/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHALIK JENKINS,

                              Defendant.

20 Cr. 78-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the letters filed on behalf of the warden of the Metropolitan Correctional Center ("MCC"), ECF Nos. 102-1, 104-1, and Defendant's responses, ECF Nos. 103, 107, regarding Defendant's attempts to schedule legal calls with his attorneys.

      It appears that, prior to seeking relief from the Court, counsel for Defendant had not attempted to follow the protocol established for scheduling legal calls at MCC, which requires that requests for attorney-client calls be made by email to the Federal Defenders of New York (the "Federal Defenders"). *Compare* ECF No. 103-1 at 4 (protocol requiring attorney-client phone call requests to be sent to an email address provided by the Federal Defenders), *with* ECF No. 103 at 1 (noting that Defendant's counsel emailed the Federal Defenders on April 15, 2020).

      Accordingly, the portion of the Court's April 14, 2020 order that directs the Bureau of Prisons and MCC to provide Defendant a weekly, 45-minute legal phone call with his counsel, ECF No. 100 at 2, is VACATED. By **May 11, 2020**, Defendant shall file a status letter regarding the progress of scheduling a legal phone call.

      SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge