USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHALIK JENKINS,

                  Defendant.

20 Cr. 78-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Government is directed to respond to Defendant Jenkins' motion at ECF No. 149 by **November 19, 2020**.

    SO ORDERED.

Dated: November 17, 2020
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge