UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHALIK JENKINS,

Defendant.

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____          │
│ DATE FILED: _11/23/2020_             │
└─────────────────────────────────────┘
```

20 Cr. 78-4 (AT)

**<u>AMENDED ORDER</u>**

ANALISA TORRES, District Judge:

The Court's November 11, 2020 order, ECF No. 152, is AMENDED as follows: the Court shall hold a telephonic bail reconsideration hearing on **December 7, 2020**, at **12:00 p.m.** *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 3 (S.D.N.Y. Sept. 16, 2020) (authorizing the use of video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available" in detention hearings under 18 U.S.C. § 3142 with consent of the defendant). The parties, co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674, at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: November 23, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge