UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHALIK JENKINS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/3/2020

20 Cr. 78-4 (AT)

**AMENDED ORDER**

ANALISA TORRES, District Judge:

The Court's November 11, 2020 order, ECF No. 153, is AMENDED as follows: the Court shall hold a telephonic bail reconsideration hearing on **December 14, 2020**, at **12:00 p.m.**  *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 3 (S.D.N.Y. Sept. 16, 2020) (authorizing the use of video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available" in detention hearings under 18 U.S.C. § 3142 with consent of the defendant). The parties, co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674, at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: December 3, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge