```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

SHALIK JENKINS           ,
                       Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 78 (AT) ( )

Defendant  SHALIK JENKINS  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

 X    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

SHALIK JENKINS (by James Neuman)
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Shalik Jenkins**
_____
Print Defendant's Name

*James Neuman*
_____
Defense Counsel's Signature

**James Neuman**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/21/2020
_____
Date

_____
ANALISA TORRES
United States District Judge