USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-

Shalik Jenkins,
                Defendant.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

20 Cr. 78 (AT)

Defendant __Shalik Jenkins__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

_✓_  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

Shalik Jenkins (by counsel)
**Defendant's Signature**

*James Neuman*
**Defense Counsel's Signature**

(Judge may obtain verbal consent on Record and Sign for Defendant)

Shalik Jenkins
**Print Defendant's Name**

James Neuman
**Print Defense Counsel's Name**

This proceeding was conducted by reliable teleconferencing technology.

2/16/2021
**Date**

_____
**ANALISA TORRES
United States District Judge**