USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2021

# JAMES E. NEUMAN, P

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

March 19, 2021

BY ECF AND EMAIL
Hon. Analisa Torres
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v Shalik Jenkins,* 20 Cr. 78 (AT)

Your Honor:

By this letter, we ask that Mr. Jenkins be released immediately, upon terms previously discussed at a bail hearing. The government consents to this application and agrees that Mr. Jenkins should be released as soon as possible.

By way of background, we previously moved for pre-trial release on the condition that Mr. Jenkins and three financially-responsible persons sign a bond of $50,000. We also proposed that he live with a relative and be subject to home confinement with electronic monitoring. A bail hearing was held on November 25, 2020, and this Court denied the application. Today, however, the government has informed me that they consent to Mr. Jenkins being released on the conditions previously proposed.

Accordingly, we ask that Mr. Jenkins be released immediately, with the understanding that all of the conditions of his release be satisfied within two weeks of today (or two weeks from the date of his release).

GRANTED.

SO ORDERED.

Dated: March 19, 2021
`        `New York, New York

_____
ANALISA TORRES
United States District Judge