UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHALIK JENKINS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2021

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed defense counsel's letter at ECF No. 197.  Accordingly, by **March 29, 2021**, at **5:00 p.m.**, the Government shall file a letter indicating by when Defendant Jenkins is expected to be medically cleared by the MCC and transferred into the custody of the New York State Department of Corrections and Community Supervision.

SO ORDERED.

Dated: March 26, 2021
        New York, New York

ANALISA TORRES
United States District Judge