USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/7/2021

# JAMES E. NEUMAN, P.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

September 7, 2021

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v Shalik Jenkins,* 20 Cr. 78 (AT)

Your Honor:

I represent Shalik Jenkins in the referenced case and write to join in the requests by a number of the co-defendants to extend the time for filing motions until October 22, 2021. As others have noted, the parties are engaged in plea negotiations and an extension of time may facilitate resolution of this case.

The government consents to this application.

GRANTED.  By **October 22, 2021**, Defendant shall submit any pretrial motions.  By **November 19, 2021**, the Government shall submit any opposition.  By **December 3, 2021**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: September 7, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge