```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

            -against-

SHALIK JENKINS,

                                Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2021

20 Cr. 78-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed defense counsel's letter at ECF No. 252, seeking a modification to Defendant Jenkins' conditions of bail, and indicating the Government opposes the request. Accordingly, by **September 27, 2021**, the Government shall file a letter stating its position on Defendant's request, and explaining the reasons, if any, for such opposition. By the same date, Pretrial Services may file a letter stating its position on the request, if they choose.

SO ORDERED.

Dated: September 24, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge