USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/20/2021__

**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

October 20, 2021

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v Spencer, et al*, 20 Cr. 78 (AT)

Your Honor:

I represent Shalik Jenkins in the referenced case and write on behalf of the attorneys representing Nyshiem Spencer, Allan Gonzalez, and Stefvon Eley. Motions for Mr. Jenkins and these defendants are currently due on October 22, 2021. We ask that the motion deadline for all of these defendants be postponed to November 19, 2021. The reason for this request is so that the parties have additional time to discuss certain issues relating to motions and potential resolutions of this case.

The government consents to this application.

GRANTED. By **November 19, 2021,** Defendants shall submit their pretrial motions. By **December 10, 2021**, the Government shall file their opposition papers. By **December 28, 2021**, Defendants shall submit their reply, if any.

SO ORDERED.

Dated: October 20, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge