USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA       :
                              :    **ORDER**
      - v. -                :
                              :    S2 20 Cr. 78-4 (AT)
SHALIK JENKINS,              :
                              :
          Defendant.     :
                              :
- - - - - - - - - - - - - - - - - - x

     WHEREAS, defendant SHALIK JENKINS is scheduled to enter a guilty plea before Magistrate Judge Ona T. Wang on January 27, 2022;

     WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

     WHEREAS the Court understands that Magistrate Judge Wang shall hear the defendant's plea by telephone because videoconferencing is not reasonably available;

     WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Laura Taylor Swain of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely, and for the reasons set forth in the parties' application dated January 24, 2022, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated: January 25, 2022
      New York, New York

ANALISA TORRES
United States District Judge