USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/4/2022_

# JAMES E. NEUMAN, P.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

February 3, 2022

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

        Re: *United States v Shalik Jenkins,* 20 Cr. 78 (AT)

Your Honor:

        I represent Shalik Jenkins in the referenced case and write to request a modification of the conditions of his release. Specifically, we ask that the condition of curfew, with electronic monitoring be removed. The government and pretrial services consent to this application.

        At the outset of this case, Mr. Jenkins was detained approximately 14 months. About one year ago, he was released on bail. Since then, he has fully complied with all conditions of release. For most of the period, he has been employed full-time and living with family members. Several days ago, he pleaded guilty pursuant to a plea agreement that sets forth a guideline range of 12-18 months.

        In view of Mr. Jenkins' record of compliance and the genuine possibility that he will be sentenced to time served, we submit it is no longer necessary to require him to be subjected to a curfew, with electronic monitoring. Accordingly, we ask that such conditions be removed.

GRANTED.

SO ORDERED.

Dated: February 4, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge