Case 1:20-cr-00078-AT   Document 338   Filed 02/08/22   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/8/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                                      :

UNITED STATES OF AMERICA                  :

            - v. -                       **ORDER**

                                                :

SHALIK JENKINS,                          :    S2 20 Cr. 78 (AT)

            Defendant.               :

------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Stewart D. Aaron on January 31, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.  The Court shall hold a sentencing for the defendant on **June 7, 2022**, at **10:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Defendant's submissions shall be due two weeks prior to sentencing. The Government's submissions shall be due one week prior to sentencing.

SO ORDERED:

Dated:   February 2, 2022
         New York, New York

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK