```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

Shalik Jenkins,

                     Defendant.

20 Cr. 78-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a violation of supervised release conference on **March 17, 2025**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 5, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge