```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/17/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Shalik Jenkins,

                          Defendant.

20 Cr. 78-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The CJA attorney assigned to receive cases on this day, Douglas S. Zolkind, is hereby ordered substituted as counsel to the Defendant, Shalik Jenkins, in the above captioned matter, *nunc pro tunc* March 4, 2025.

    SO ORDERED.

Dated: March 17, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge