USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/19/2025__

**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

March 18, 2025

BY ECF

The Honorable Analisa Torres
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Shalik Jenkins*, 20 Cr. 78-4 (AT)

Dear Judge Torres:

     We write on behalf of defendant Shalik Jenkins in the above-captioned matter. We appeared before Your Honor yesterday for a status conference in connection with Mr. Jenkins' alleged violation of supervised release, and moved for him to be released on bail. The Court directed us to file a letter brief in support of our motion by March 19, 2025, attaching a transcript of the March 4, 2025 bail conference before Judge Tarnofsky and supporting all factual statements by citations to documents or other materials in the record.

     We respectfully request an adjournment to Monday, March 24, 2025 to file our letter and supporting materials. This brief adjournment is necessary for us to obtain relevant materials, including the transcript of the March 4, 2025 conference (which is not yet available) and certain evidence in relation to the case pending against Mr. Jenkins in the Bronx. The government's response would then be due on Wednesday, March 26, 2025. We have conferred with AUSA Justin Rodriguez, who stated that the government does not object.

Respectfully submitted,

/s/ Douglas Zolkind

GRANTED.

SO ORDERED.

Dated: March 19, 2025
      New York, New York

ANALISA TORRES
United States District Judge