UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Shalik Jenkins,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2025

20 Cr. 78-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      A violation of supervised release evidentiary hearing shall take place on **April 14, 2025**, at **9:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Accordingly:

1. Pre-hearing motions *in limine*, if any, shall be filed by **April 4, 2025**;
2. Any response shall be filed by **April 7, 2025**;
3. Any reply shall be filed by **April 9, 2025**; and
4. By **April 10, 2025**, the parties shall file a joint status update addressing the scope of the evidentiary hearing.  The status update shall include a preliminary witness list.

      SO ORDERED.

Dated: March 31, 2025
       New York, New York

ANALISA TORRES
United States District Judge