```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

Shalik Jenkins,

                              Defendant.

20 Cr. 78-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By phone call to Chambers on April 3, 2025, the parties jointly informed the Court that they seek to adjourn the upcoming evidentiary hearing and schedule this matter for a combined plea and sentencing hearing.  Accordingly:

1. The violation of supervised release evidentiary hearing scheduled for April 14, 2025, and related submissions deadlines, *see* ECF No. 527, are ADJOURNED *sine die*;
2. On **April 21, 2025**, at **1:00 p.m.** the Court shall hold a violation of supervised release plea and sentencing hearing in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007;
3. By **April 10**, Mr. Jenkins shall file his sentencing submission; and
4. By **April 16**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: April 4, 2025
       New York, New York

                                                      ANALISA TORRES
                                                    United States District Judge